# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:  US v. ANTWAN BALL, ET AL

Misc. No. 07-C 85

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

**You are hereby commanded to arrest** _____XAVIER ELMORE_____ whose address is _____1330 CONGRESS ST. #1  WASHINGTON, DC,  DOB 3/26/90_____ and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

[☑] willfully failed to appear after having been served with a subpoena

**OR**

[ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

[☑] You are further commanded to detain _____XAVIER ELMORE_____ in your custody until he/she is discharged by the Court.

**OR**

[ ] You are hereby commanded to bring said person forthwith to Courtroom _____, United States District Court for the District of Columbia.

Upon order of the Honorable __RICHARD W. ROBERTS__, United States District Judge this __26TH__ day of __FEBRUARY__, __2007__.

NANCY MAYER-WHITTINGTON, Clerk

By: _____(signature)_____
Deputy Clerk

---

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____, 20_____ and **executed same.**

By: _____